# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO.: 5:07-CR-78 (HL) |
| : | |
| CARLOS HANKERSON : | |
| : | |

## ORDER

The guilty plea entered by the Defendant to the one count information for distribution of a mixture and substance of cocaine base in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and title 18, United States Code, Section 2.

Having read and considered the Government and Defendant's motion to withdraw the guilty plea, based on a showing of fair and just cause for said request pursuant to Rule 11(d)(2)(B), it is hereby ordered that the plea entered on January 11, 2008 by the defendant is hereby withdrawn.

SO ORDERED, this 23rd day of January 2008.

                               **S/ Hugh Lawson**
                               HONORABLE HUGH LAWSON
                               UNITED STATES DISTRICT JUDGE

Presented by:

s/JENNIFER KOLMAN
ASSISTANT UNITED STATES ATTORNEY